# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BROWN,<br>　　　　Petitioner,<br>　v.<br>E. VALENZUELA,<br>　　　　Respondent. | NO. CV 12-5321-DDP (MAN)<br><br>JUDGMENT |

　　　Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   April 4, 2014   .

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE